UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/29/2025__
```

EMALEE HERNANDEZ,

                Plaintiff,

      -v-

CALVARY HOSPITAL, INC., ET ANO.,

                Defendants.

**ORDER**

24-CV-7782 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court held a conference to address a discovery dispute raised in the letter motion at ECF No. 44 between Defendant Vincent Survillo and Plaintiff. For the reasons discussed during today's conference, Plaintiff's subpoena to the New York State Department of Education is limited to "Any and all documents contained within Mr. Survillo's personnel file related to a claim of sexual harassment or sexual assault against him."

**SO ORDERED.**

Dated: October 29, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1