UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMALEE HERNANDEZ,

               Plaintiff,

     -v-

CALVARY HOSPITAL, INC., ET ANO.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/11/2026__

**ORDER**

24-CV-7782 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference on March 11, 2026 to address Defendants' letter motion requesting additional time to complete Plaintiff's deposition.  ECF No. 52. For the reasons discussed during the conference, Defendants' letter motion is **GRANTED IN PART** and **DENIED IN PART**.

Defendants are granted additional time to complete Plaintiff's deposition, however the Court reserves judgment as to the amount of time that will be granted. The parties are directed to confer regarding outstanding document production issues, the amount of additional time needed to complete the deposition, and how the additional time will be allocated between Defendants.

The parties shall submit a joint status report by **April 10, 2026**.

**SO ORDERED.**

Dated: March 11, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge