UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMALEE HERNANDEZ,

             Plaintiff,

    -v-

CALVARY HOSPITAL, INC., ET AL.,

             Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: 3/19/2026
```

**ORDER**

24-CV-7782 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On March 8, 2026, Plaintiff Emalee Hernandez filed a Letter Motion requesting redactions to the transcript of the March 11, 2026 conference, ECF No. 62, before this Court. ECF No. 65. Plaintiff has shown good cause to seal and redact because the portion of the transcript to be redacted includes sensitive personal information. The redactions proposed in ECF No. 65-1 are approved. Plaintiff's Letter Motion is hereby **GRANTED**.

    The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 65 as **GRANTED**.

**SO ORDERED.**

Dated: March 19, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1