UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMALEE HERNANDEZ,

               Plaintiff,

    -v-

CALVARY HOSPITAL, INC., ET ANO.,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2026_

**ORDER**

24-CV-7782 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of parties' joint status report, ECF No. 68. Parties are directed to submit their next status report by **June 12, 2026.**

**SO ORDERED.**

Dated: April 13, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1