UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMALEE HERNANDEZ,

                Plaintiff,

      -v-

CALVARY HOSPITAL, INC., ET ANO.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/2/2026_____

**ORDER**

24-CV-7782 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status report, ECF No. 70. The request to extend deadlines is **GRANTED**. Fact discovery shall be completed by **August 10, 2026,** and expert discovery shall be completed by **September 25, 2026**.

The Parties are directed to submit another joint status report by **July 2, 2026**.

**SO ORDERED.**

Dated: June 2, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge