UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMALEE HERNANDEZ,

                    Plaintiff,

          -v-

CALVARY HOSPITAL, INC., ET ANO.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/2/2026_____

**ORDER**

24-CV-7782 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status report, ECF No. 72. The request to extend deadlines is **GRANTED**. All deadlines are extended by **thirty days**. The Parties are directed to submit another joint status report by **August 10, 2026**, unless the case is dismissed before then.

**SO ORDERED.**

Dated: July 2, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge