UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

EMALEE HERNANDEZ,

Plaintiff,

-v-

CALVARY HOSPITAL, INC., ET ANO.,

Defendants.

**ORDER**

24-CV-7782 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status report, ECF No. 76. The Parties are directed to submit another joint status report by **August 28, 2026**, unless the case is dismissed before then.

**SO ORDERED.**

Dated: August 11, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge